IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| GUILFORD COLLEGE, | |
|---|---|
| *Plaintiff*, | Case No. 1:21-cv-00838 |
| v. | |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | |
| *Defendant*. | |

**DEFENDANT'S SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY
IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

Pursuant to LR 7.2(i), Defendant The Travelers Indemnity Company of America respectfully submits this notice to advise the Court of the following subsequent pertinent and significant authorities in support of its motion to dismiss:

*FS Food Group LLC v. Cincinnati Ins. Co.*, No. 3:20-cv-00588-RJC-DCK, 2022 WL 385165 (W.D.N.C. Feb. 8, 2022)

*Terry Black's Barbecue, L.L.C. v. State Auto. Mut. Ins. Co.*, 22 F.4th 450 (5th Cir. 2022)

*Ascent Hospitality Mgmt. Co. v. Employers Ins. Co. of Wausau*, No. 21-11924, 2022 WL 130722 (11th Cir. Jan. 14, 2022)

*10012 Holdings, Inc. v. Sentinel Ins. Co.*, 21 F.4th 216 (2d Cir. 2021)

*Sandy Point Dental, P.C. v. Cincinnati Ins. Co.*, 20 F.4th 327 (7th Cir. 2021)

1

*Goodwill Indus. of Cent. Okla., Inc. v. Phila. Indem. Ins. Co.*, 21 F.4th 704 (10th Cir. 2021)

*Gavrilides Mgmt. Co. v. Mich. Ins. Co.*, No. 354418, -- N.W.2d --, 2022 WL 301555 (Mich. Ct. App. Feb. 1, 2022)

Respectfully submitted this the 16th day of February, 2022.

/s/ *Reid C. Adams, Jr.*
Reid C. Adams, Jr.
Womble Bond Dickinson (US) LLP
One West 4th Street
Winston-Salem, NC 27101
Tel: 336-721-3660
Cal.adams@wbd-us.com

Wystan M. Ackerman (*pro hac vice* motion forthcoming)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
E-mail: wackerman@rc.com

*Attorneys for Defendant The Travelers Indemnity Company of America*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

*/s/ Reid C. Adams, Jr.*
Reid C. Adams, Jr.
Womble Bond Dickinson (US) LLP
One West 4th Street
Winston-Salem, NC 27101
Tel: 336-721-3660
Cal.adams@wbd-us.com