IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| GUILFORD COLLEGE, | |
|---|---|
| *Plaintiff*, | Case No. 1:21-cv-00838 |
| v. | |
| TRAVELERS INDEMNITY COMPANY OF AMERICA, | |
| *Defendant*. | |

**DEFENDANT'S SECOND SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT**

Pursuant to LR 7.2(i), Defendant The Travelers Indemnity Company of America respectfully submits this notice to advise the Court of the following subsequent pertinent and significant authority in support of its Motion to Dismiss:

*Uncork And Create LLC v. The Cincinnati Insurance Company, et al*., No. 21-1311, 2022 U.S. App. LEXIS 5935 (4th Cir., March 7, 2022).

Respectfully submitted this the 9th day of March, 2022.

*/s/ Reid C. Adams, Jr.*
Reid C. Adams, Jr.
Womble Bond Dickinson (US) LLP
One West 4th Street
Winston-Salem, NC 27101
Tel: 336-721-3660
Cal.adams@wbd-us.com

Wystan M. Ackerman (*pro hac vice* motion forthcoming)
ROBINSON & COLE LLP

1

280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
E-mail: wackerman@rc.com

*Attorneys for Defendant The Travelers Indemnity Company of America*

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

*/s/ Reid C. Adams, Jr.*
Reid C. Adams, Jr.
Womble Bond Dickinson (US) LLP
One West 4th Street
Winston-Salem, NC 27101
Tel: 336-721-3660
Cal.adams@wbd-us.com