IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GUILFORD COLLEGE,<br><br>*Plaintiff*,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>*Defendant*. | Case No. 1:21-cv-00838 |

### DEFENDANT'S THIRD SUGGESTION OF SUBSEQUENTLY DECIDED AUTHORITY IN SUPPORT OF ITS MOTION TO DISMISS THE COMPLAINT

Pursuant to LR 7.2(i), Defendant The Travelers Indemnity Company of America respectfully submits this notice to advise the Court of the following subsequent pertinent and significant authority in support of its Motion to Dismiss:

*Rodzik Law Group, et al. v. Hartford Casualty Insurance Company, et al*., No. 7-20-CV-224-FL, 2022 WL 831429 (E.D.N.C. March 18, 2022)

*JF Fitness of Richmond, LLC, et al. v. Nova Casualty Company,* No. 5:21-CV-178-FL, 2022 WL 831426 (E.D.N.C. March 18, 2022).

Respectfully submitted this the 22nd day of March, 2022.

        */s/ Reid C. Adams, Jr.*
        Reid C. Adams, Jr.
        Womble Bond Dickinson (US) LLP
        One West 4th Street
        Winston-Salem, NC 27101
        Tel: 336-721-3660
        Cal.adams@wbd-us.com

Wystan M. Ackerman (*pro hac vice* motion forthcoming)
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103
Tel: (860) 275-8200
E-mail: wackerman@rc.com

*Attorneys for Defendant The Travelers Indemnity Company of America*

# CERTIFICATE OF SERVICE

I hereby certify that on March 22, 2022, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent via e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing though the Court's CM/ECF System.

> */s/ Reid C. Adams, Jr.*
> Reid C. Adams, Jr.
> Womble Bond Dickinson (US) LLP
> One West 4th Street
> Winston-Salem, NC 27101
> Tel: 336-721-3660
> Cal.adams@wbd-us.com

3

Case 1:21-cv-00838-LCB-LPA   Document 15   Filed 03/22/22   Page 3 of 3