IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| Guilford College, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) 1:21-cv-00838 |
| Travelers Indemnity Company of America, | ) |
| Defendant. | ) |

## JUDGMENT

For the reasons set forth in the Memorandum Opinion and Order filed on September 12, 2022,

IT IS HEREBY ORDERED AND ADJUDGED that Defendant's Motion to Dismiss, (ECF No. 7), is **GRANTED** and Plaintiff's Complaint, (ECF No. 4), is **DISMISSED** in its entirety.

This, the 14th day of September 2022.

/s/ Loretta C. Biggs
United States District Judge