IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| GUILFORD COLLEGE,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF AMERICA,<br><br>    Defendant. | Case No. 1:21-CV-838 |

## NOTICE OF APPEAL

    Notice is hereby given that Guilford College, plaintiff in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment of the United States District Court for the Middle District of North Carolina, entered in this case on September 14, 2022 [D.E. 20], and from any and all orders, rulings, findings, and conclusions underlying and related to the judgment.

    [SIGNATURE PAGE TO FOLLOW]

This the 26th day of September 2022.

                                      **THE McDOUGAL LAW FIRM, PLLC**

By:   /s/ *William R. Hartzell*
       Gregg E. McDougal NCSB # 27290
       William R. Hartzell, NCSB # 50762
       3737 Glenwood Avenue, Suite 170
       Raleigh, North Carolina 27612
       Telephone: (919) 893-9500
       Facsimile: (919) 893-9510
       gregg@themcdougallawfirm.com
       will@themcdougallawfirm.com

       *Attorneys for Guilford College*